PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 26, 2025

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Morrell, Christopher Robert | Docket No. | 0980 2:25CR00027-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Christopher Robert Morrell, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 7th day of April 2025, under the following conditions:

**Special Condition #6:** Defendant shall abstain totally from the use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 10, 2025, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Morrell. Mr. Morrell acknowledged an understanding of the release conditions at that time.

**Violation #1:** Christopher Robert Morrell is alleged to have violated the conditions of pretrial release supervision by admitting to consuming one beer on or about November 23, 2025.

On November 24, 2025, Mr. Morrell reported to the U.S. Probation Office and provided a urine specimen that tested presumptive positive for the presence of alcohol. Mr. Morrell admitted he consumed one beer on November 23, 2025. Subsequently, Mr. Morrell signed a substance abuse admission form acknowledging he consumed one beer on or about November 23, 2025.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: November 25, 2025 |
| by | s/Erik Carlson |
|  | Erik Carlson U.S. Pretrial Services Officer |

**PS-8**

**Re: Morrell, Christopher Robert**
**November 25, 2025**
**Page 2**


THE COURT ORDERS

☒     No Action

[ ]    The Issuance of a Warrant

[ ]    The Issuance of a Summons

[ ]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.

[ ]    Defendant to appear before the Judge assigned to the case.

[ ]    Defendant to appear before the Magistrate Judge.

[ ]    Other


_____
  Signature of Judicial Officer

11/26/2025
_____
  Date