PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 25, 2026

SEAN F. MCAVOY, CLERK

ECF No. 35

U.S.A. vs.             Morrell, Christopher Robert          Docket No.     0980 2:25CR00027-TOR-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Christopher Robert Morrell, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Spokane, Washington, on the 7th day of April 2025, under the following condition:

**Condition #8:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 10, 2025, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Morrell. Mr. Morrell acknowledged an understanding of the release conditions at that time.

**Violation #1:** Christopher Robert Morrell is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine on or about February 14, 2026.

On February 18, 2026, the undersigned officer met with Mr. Morrell at his residence for the purpose of a home visit and to collect a urine specimen for the purpose of drug testing. Mr. Morrell was unable to provide a urine specimen at that time. Subsequently, Mr. Morrell was instructed to report to the U.S. Probation Office in Spokane, Washington, to provide a urine specimen.

Later on February 18, 2026, Mr. Morrell reported to the U.S. Probation Office in Spokane. After waiting a considerable amount of time, Mr. Morrell was unable to provide a urine specimen. He admitted he smoked methamphetamine on or about February 14, 2026. Subsequently, Mr. Morrell signed a substance abuse admission form acknowledging his use of methamphetamine on or about February 14, 2026.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:    February 24, 2026 |
| by | s/Erik Carlson |
|  | Erik Carlson
U.S. Pretrial Services Officer |

PS-8

**Re: Morrell, Christopher Robert**
**February 24, 2026**
**Page 2**

## THE COURT ORDERS

[ ] ✓  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
    petition with the other violations pending before the
    Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

Feb 24, 2026
Date