✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 17, 2026

SEAN F. McAVOY, CLERK

ECF No 50

U.S.A. vs.        Morrell, Christopher Robert        Docket No.    0980 2:25CR00027-TOR-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik  Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Christopher Robert Morrell, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 7th day of April 2025, under the following conditions:

**Condition #8:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 10, 2025, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Morrell.  Mr. Morrell acknowledged an understanding of the release conditions at that time.

**Violation #2:** Christopher Robert Morrell is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine and methamphetamine between February 18 through 27, 2026.

As noted in a petition previously submitted to the Court (ECF No. 35), on February 18, 2026, the undersigned officer requested Mr. Morrell provide a urine specimen for the purpose of drug testing.  Mr. Morrell was unable to provide a urine specimen, but admitted he ingested methamphetamine on or about February 14, 2026.

Subsequently, on February 18, 2026, the undersigned officer applied a sweat patch on Mr. Morrell's left shoulder for the purpose of drug testing.

On February 27, 2026, the undersigned officer removed the sweat patch from Mr. Morrell's shoulder and sent the sample to Pharmchem, Inc. (Pharmchem) for laboratory testing.

On March 8, 2026, Pharmchem confirmed the sweat patch applied to Mr. Morrell's shoulder between February 18 through 27, 2026, tested positive for the presence of amphetamine and methamphetamine.  The sweat patch tested negative for all other illicit substances.

On March 16, 2026, the undersigned officer advised Mr. Morrell of the above-noted positive sweat patch result. Mr. Morrell denied any additional methamphetamine use and claimed the positive result was residual from his methamphetamine use previously reported to the Court.

**PS-8**

**Re: Morrell, Christopher Robert**
**March 16, 2026**
**Page 2**

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME AND WILL INCORPORATE THE
ABOVE VIOLATION WITH VIOLATION PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury
that the foregoing is true and correct.

Executed on:      March 16, 2026

by      s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

March 17, 2026

Date