PS 8
(3/15)

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2026

SEAN F. McAVOY, CLERK

for

Eastern District of Washington

U.S.A. vs.              Morrell, Christopher Robert              Docket No.     0980 2:25CR00027-TOR-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Christopher Robert Morrell, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 7th day of April 2025, under the following conditions:

**Condition #8:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 10, 2025, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Morrell.  Mr. Morrell acknowledged an understanding of the release conditions at that time.

**Violation #1:** Christopher Robert Morrell is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of methamphetamine between March 18 and 20, 2026.

On March 18, 2026, Mr. Morrell appeared before the Court for the purpose of an initial appearance on a petition for action. The Court imposed an additional condition that required Mr. Morrell to participate in sweat patch testing from March 18-20, 2026.

A sweat patch was applied to Mr. Morrell's left shoulder on March 18, 2026.  On March 20, 2026, Mr. Morrell reported to the U.S. Probation Office to have the patch removed.  Subsequently, the sweat patch was sent to PharmChem, Inc. (PharmChem) for laboratory testing.

On March 30, 2026, the undersigned officer received a laboratory report from PharmChem confirming the above-noted sweat patch tested positive for the presence of methamphetamine.

On March 31, 2026, the undersigned officer confronted Mr. Morrell about the above-noted test result.  Mr. Morrell denied using methamphetamine since approximately February 14, 2026, which had previously been reported to the Court.

PRAYING THAT THE COURT WILL ISSUE A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:     March 31, 2026

by     s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

**PS-8**

**Re: Morrell, Christopher Robert**
**March 31, 2026**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[x]    The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

_____April 1, 2026_____
Date