PS 8
(3/15)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

ECF No. 70

U.S.A. vs.          Morrell, Christopher Robert          Docket No.          0980 2:25CR00027-TOR-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Christopher Robert Morrell, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 7th day of April 2025, under the following conditions:

**Condition #8:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 10, 2025, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Morrell.  Mr. Morrell acknowledged an understanding of the release conditions at that time.

**Violation #2:** Christopher Robert Morrell is alleged to have violated the condition of pretrial release supervision by admitting to ingesting a "couple of bowls" of methamphetamine between February 14, and 25, 2026.

On April 2, 2026, Mr. Morrell contacted the undersigned officer to advise he intended to contact a local substance use disorder (SUD) agency and ask to be placed in outpatient treatment.  It should be noted, Mr. Morrell recently completed a SUD assessment at Pioneer Human Services (PHS) on March 18, 2026, in which no treatment services were recommended. This recommendation was based on Mr. Morrell's self-report that he had only used methamphetamine on one occasion (February 15, 2026).

The undersigned officer advised that since he was not recommended for SUD treatment services at PHS that he cannot simply request to enter services. After some discussion, Mr. Morrell acknowledged he smoked a "couple of bowls" of methamphetamine between February 14, and 25, 2026.

Later on April 2, 2026, Mr. Morrell reported to the U.S. Probation Office and signed a substance abuse admission form acknowledging his use of methamphetamine from February 14, to 25, 2026.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION
PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:          04/03/2026

by          s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

PS-8
**Re: Morrell, Christopher Robert**
**April 3, 2026**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[✓]    The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

April 6, 2026
_____
Date