✎ PS 8
(3/15)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

ECF No. 78

U.S.A. vs.          Morrell, Christopher Robert          Docket No.     0980 2:25CR00027-TOR-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Christopher Robert Morrell, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 7th day of April 2025, under the following conditions:

**Condition #8:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 10, 2025, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Morrell.  Mr. Morrell acknowledged an understanding of the release conditions at that time.

**Violation #1:** Christopher Robert Morrell is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of methamphetamine between April 1 and 3, 2026.

On April 1, 2026, Mr. Morrell appeared before the Court for the purpose of an initial appearance on a petition for action. The Court added a condition that ordered  Mr. Morrell to participate in sweat patch testing on that date.

A sweat patch was applied to Mr. Morrell's left shoulder on April 1, 2026.  On April 3, 2026, Mr. Morrell reported to the U.S. Probation Office to have the patch removed.  Subsequently, the sweat patch was sent to PharmChem, Inc. (PharmChem) for laboratory testing.

On April 13, 2026, the undersigned officer received a laboratory report from PharmChem confirming the above-noted sweat patch tested positive for methamphetamine and presence of amphetamine.

### PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:     April 14, 2026

by     s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

PS-8
**Re: Morrell,, Christopher Robert**
**April 14, 2026**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violations contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

April 15, 2026
_____
Date